THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Damon Doyle,       
Appellant.
 
 
 

Appeal From Charleston County
Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No.2003-UP-680
Submitted September 17, 2003  Filed 
 November 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Damon Doyle, was 
 indicted for kidnapping, assault and battery with intent to kill, and armed 
 robbery.  He was convicted on the kidnapping and assault with intent to kill 
 charges, and found guilty of the lesser-included offense of strong-armed robbery.  
 The trial judge sentenced him to two life sentences for the kidnapping and assault, 
 and fifteen years for the robbery.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.